**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 4, 2021

**VIA ECF**
Hon. Vernon S. Broderick
United States District Court Judge
Southern District of New York
New York, New York 10007

*Re: United States v. Michael Paschal, 21-Cr-331 (VSB)*

Dear Judge Broderick:

     I am the attorney in the above-captioned case and write to request a one-week adjournment of the conference before Your Honor scheduled for today. The defense consents to the exclusion of time.

Respectfully Submitted,

*Marisa K. Cabrera*

Marisa K. Cabrera
Assistant Federal Defender

CC: AUSA Kevin Mead (via ECF)

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 6/8/2021

Arraignment is scheduled in this matter for June 11, 2021 at 11:00 a.m. The Court finds that the speedy trial exclusion between June 8, 2021 and June 11, 2021 is necessary to permit counsel sufficient time to review discovery and continue to discuss a possible pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between June 8, 2021 and June 11, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7) (A), in the interest of justice