**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 8, 2021

**VIA ECF**
Hon. Vernon S. Broderick
United States District Court Judge
Southern District of New York
New York, New York 10007

*Re: United States v. Michael Paschal, 21-Cr-331 (VSB)*

Dear Judge Broderick:

      I am the attorney in the above-captioned case and write to request a thirty-day adjournment of the conference before Your Honor scheduled for Friday, September 10, 2021. The parties are currently negotiating a potential plea disposition and need additional time. The defense consents to the exclusion of time.

Respectfully Submitted,

Marisa K. Cabrera
Assistant Federal Defender

CC: AUSA Kevin Mead (via ECF)

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J. 9/8/2021

The status conference scheduled for September 10, 2021 is hereby adjourned to October 27, 2021 at 11:30 a.m. The adjournment is necessary to permit the parties sufficient time to continue discussing a possible pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between September 10, 2021 and October 27, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.