# THE LAW OFFICE OF CARLOS M. SANTIAGO



11 Broadway, Suite 615, New York, NY 10004     P: 212-256-8460  / F: 917-905-7191

May 5, 2022

**VIA ECF**
Hon. Vernon S. Broderick
United States District Court Judge
Southern District of New York
New York, New York 10007

                           **Re:** United States v. Michael Paschal
                                         21 Cr. 331 (VSB)

Dear Judge Broderick:

       Counsel represents Mr. Paschal in the above-referenced case, pursuant to the Criminal Justice Act. Counsel respectfully requests a thirty-day adjournment of the conference scheduled before your Honor for Monday, May 9, 2022. The government joins in our application and counsel consents to the exclusion of time.

       The parties are currently negotiation a potential plea disposition and need additional time. After consulting with the government, both parties are available the week of June 6th, 2022, or to a time most convenient to the Court.

       The Court's consideration in this matter is greatly appreciated.

                                                                      Respectfully submitted,
                                                                           /s/
                                                                  Carlos M. Santiago, Jr.

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 05/06/22

The status conference scheduled for May 9, 2022 is hereby adjourned to June 22, 2022 at 11:00 a.m. The adjournment is necessary to permit the parties to complete their discussions related to a potential plea disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between May 9, 2022 and June 22, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

1