

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 26, 2022

**BY ECF**
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   06/28/22

Re: **_United States v. Paschal_, 21 Crim. 331 (VSB)**

Dear Judge Broderick:

    At the status conference on June 22, 2022, the Court directed the parties to submit a proposed schedule for any defense motions, in advance of the conference scheduled for September 20, 2022. The parties jointly propose the following schedule:

- September 19, 2022 – defense motions deadline
- October 10, 2022 – Government opposition deadline
- October 17, 2022 – defense reply deadline

                                      Respectfully Submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

                           by: */s/ Kevin Mead*
                               Kevin Mead
                               Assistant United States Attorney
                               (212) 637-2211

CC:    Carlos Manuel Santiago , Jr., Counsel for Michael Paschal (by ECF)