# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J.   2/1/23

February 1, 2023

By ECF

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  United States v. Paschal, 21 Crim. 331 (VSB)

Dear Judge Broderick:

  I represent Defendant Michael Paschal in the above-captioned action. I respectfully write, with the consent of the Government, to request an adjournment of the status conference scheduled before your Honor on February 3, 2023 at 3 p.m. Given that the parties have agreed to (and the Court has so-ordered) a revised motion schedule, there is no business to address with the Court at this time. Instead, the parties suggest that the conference be adjourned to February 17, 2023 at 1 p.m. At that point the Defense will have filed any motions and the parties can address remaining pre-trial scheduling issues. The parties also anticipate engaging in further plea discussions.

  I have been informed by AUSA Kevin Mead that the Government consents to this request.

Sincerely,

Arlo Devlin-Brown

Counsel for Michael Paschal

cc: Kevin Mead, Assistant United States Attorney