UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
          :
UNITED STATES OF AMERICA,      :
          :
          :
          -against-      :      21-CR-331 (VSB)
          :
MICHAEL PASCHAL,      :      **ORDER**
          :
          Defendant.  :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       The parties' hearing presently scheduled for 10:00am Monday, February 27, 2023, shall now take place in Courtroom 24B at 500 Pearl Street New York, NY 10007.

SO ORDERED.

Dated:  February 24, 2023
       New York, New York

                                          Vernon S. Broderick
                                          United States District Judge