```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   UNITED STATES OF AMERICA,                                :
                                                            :
                                                            :
                     -against-                              :      21-CR-331 (VSB)
                                                            :
   MICHAEL PASCHAL,                                         :           ORDER
                                                            :
                                       Defendant.           :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Defendants' March 13, 2023 letter. (Doc. 55.) The parties are hereby ordered to appear for a suppression hearing on Monday, March 20, 2023 at 2:00 pm in Room 518, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Any exhibits or other relevant materials shall be provided to the Court in advance of the hearing.

      The Clerk of the Court is respectfully directed to terminate the gavels at Docs. 52 and 55.

SO ORDERED.

Dated: March 16, 2023
       New York, New York

                                                              Vernon S. Broderick
                                                              United States District Judge