UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                  :
UNITED STATES OF AMERICA,    :
                  :
      -v-             :
                  :    21-CR-331 (VSB)
                  :
MICHAEL PASCHAL,    :    **ORDER**
                  :
          Defendant.    :
                  :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      For the reasons stated on the record at the March 20, 2023, suppression hearing, it is hereby:

      ORDERED that the jury trial in this matter is scheduled to begin on May 1, 2023, at 10:00 am.

      IT IS FURTHER ORDERED that a final pretrial conference in this matter will be held on April 24, 2023, at 1:00 pm.

      IT IS FURTHER ORDERED that any further briefing by Defendant related to his motion to suppress is due on or before Friday March 24, with the Government's response due on or before Wednesday March 29, and Defendant's reply, if any, due on or before Friday March 31, 2023.

      IT IS FURTHER ORDERED that any in limine motions be filed on or before April 10, 2023, with responses due on or before April 20, 2023.

      IT IS FURTHER ORDERED that any proposed voir dire questions, jury instructions, verdict forms or trial memoranda shall be filed on or before April 21, 2023.  Two courtesy copies

should be delivered to Chambers that same day. In addition, each party shall email those documents as Word documents to BroderickNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

Dated:    March 20, 2023
            New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge