UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -against-                     21-CR-331 (VSB)

    MICHAEL PASCHAL,                          **ORDER**

                            Defendants.
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

        For the reasons stated on the record at the March 20, 2023, suppression hearing, it is hereby:

        ORDERED that Amanda Kay Kramer is relieved as counsel and Defendant Michael Paschal shall continue to be represented by Arlo Devlin-Brown and Catherine Carulas.

SO ORDERED.

Dated:  March 22, 2023
          New York, New York

                                                      Vernon S. Broderick
                                                      United States District Judge