```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
   UNITED STATES OF AMERICA,                             :
                                                         :
                                                         :
                -against-                                :     21-CR-331 (VSB)
                                                         :
   MICHAEL PASCHAL,                                      :           ORDER
                                                         :
                            Defendant.                   :
---------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      The pretrial conference previously scheduled for 1:00 pm Monday, April 24, 2023 is hereby adjourned to Wednesday, April 26, 2023 at 1:30 pm.

SO ORDERED.

Dated: April 24, 2023
       New York, New York

_____
Vernon S. Broderick
United States District Judge