UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

                Plaintiff,              **21 Cr. 331 (VB)**

        v

MICHAEL PASCHAL,
                              **ORDER FOR ADMISSION**
                Defendant.       **PRO HAC VICE**
- - - - - - - - - - - - - - - - - - - - - - - - x

      The motion of Qijia Yu for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that she is a member in good standing of the bar of the State of New York; and that her contact information is as follows:

           Qijia Yu
           COVINGTON AND BURLING LLP
           620 8th Ave.
           The New York Times Building
           New York, NY 10018
           (212) 841-1181
           jyu@cov.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Michael Paschal in the above entitled matter;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsels shall immediately apply for an ECF password.

5/2/23

Dated

_Vernon Broderick_

United States District / Magistrate Judge