**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  5/22/23

By ECF

May 19, 2023

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Michael Paschal, No. 21-cr-00331 (VSB)

Dear Judge Broderick:

  We represent Defendant Michael Paschal in the above-captioned action, and write on behalf of the parties to respectfully request an extension of time of the briefing schedule related to post-trial motions, if any. Defendant's current deadline to file his post-trial motions, if he so chooses, is May 23, 2023. No previous requests for extensions of time have been made.

  Defense counsel and the Government have conferred regarding the post-trial motions schedule, and respectfully propose the following schedule for the Court's approval:

- By June 16, 2023, Defendant will file any post-trial motions;

- By July 31, 2023, the Government will file any response to Defendant's post-trial motions;

- By August 14, 2023, Defendant will file any reply to the Government's response to Defendant's post-trial motions.

  We are grateful for the Court's attention to this matter.

Sincerely,

/s/ Arlo Devlin-Brown

Arlo Devlin-Brown
Catherine Carulas
*Counsel for Michael Paschal*

cc: Kevin Mead, Jackie Delligatti, Jane Kim, Assistant United States Attorneys