U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   5/25/23

**BY ECF**
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Paschal*, 21 Crim. 331 (VSB)

Dear Judge Broderick:

      On April 28, 2023, the Court issued a sealed order (the "Order") ruling on motions in limine and a motion to suppress. The Order further directed the parties to meet and confer as to proposed redactions and submit proposed redactions within 30 days, *i.e.*, by May 29. With the consent of the defendant, the Government respectfully requests that the May 29 deadline be adjourned by 14 days because it is possible that as of that date, redactions will no longer be required. Within 14 days of May 29, the Government will submit a letter that either proposes redactions or states that no redactions are necessary.

      Respectfully Submitted,

      DAMIAN WILLIAMS
      United States Attorney

by: */s/ Kevin Mead*
      Kevin Mead
      Jackie Delligatti
      Jane Kim
      Assistant United States Attorneys
      (212) 637-2211/2559/2038

CC:    Arlo Devlin-Brown, Counsel for Michael Paschal (by ECF)