# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1000

**By ECF**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> APPLICATION GRANTED
> SO ORDERED /s/ Vernon Broderick
> VERNON S. BRODERICK
> U.S.D.J.   06/14/2023
>
> The sentencing is hereby adjourned to October 6, 2023 at 12:00 PM.

Re:  **United States v. Michael Paschal, No. 21-cr-00331 (VSB)**

Dear Judge Broderick:

      We represent Defendant Michael Paschal in the above-captioned action, and write on behalf of the parties to respectfully request an extension of the date for sentencing due to scheduling conflicts with respect to the presentence investigation.  Sentencing is currently scheduled for September 6, 2023.  Given challenges in scheduling an interview with Mr. Paschal at the MDC, and after conferring with the Probation Department, we respectfully request that sentencing be adjourned until early October.  Such extension of time will allow the probation officer adequate time to prepare their presentence report.  The government has advised that it does not oppose this request.

      Respectfully Submitted,

      */s/ Arlo Devlin-Brown*

      Arlo Devlin-Brown
      Catherine Carulas
      *Counsel for Michael Paschal*

cc:   Kevin Mead, Jackie Delligatti, Jane Kim, Assistant United States Attorneys