**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  8/15/23

**By ECF**                                                                            August 14, 2023

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:  United States v. Michael Paschal, No. 21-cr-00331 (VSB)**

Dear Judge Broderick:

We represent Defendant Michael Paschal in the above-captioned action, and we write to respectfully request a two-day extension of the deadline to file Mr. Paschal's reply to the Government's opposition to Mr. Paschal's post-trial motion.  Mr. Paschal is currently scheduled to file his reply today, August 14, 2023.  Dkt. 97.  We respectfully request a two-day extension of the deadline to Wednesday, August 16, 2023.  This extension is necessary for the Defense to have sufficient time to review and finalize the brief prior to filing.  The Government does not object to this request.

                                                                            Respectfully Submitted,

                                                                            /s/ Arlo Devlin-Brown

                                                                            Arlo Devlin-Brown
                                                                            Catherine Carulas
                                                                            *Counsel for Michael Paschal*

cc:     Kevin Mead, Jackie Delligatti, Jane Kim, Assistant United States Attorneys