UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

              -against-

    MICHAEL PASCHAL,

                            Defendant.
------------------------------------------------------------X

21-cr-331 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

        On May 8, 2023, I directed the parties to meet and confer regarding any proposed redactions to my April 28, 2023 Opinion and Order. (*See* Doc. 101.) The parties have informed me that they do not have any proposed redactions. (*Id.*) Accordingly, the Clerk of the Court is respectfully directed to fully unseal the Opinion & Order entered at Doc. 122.

SO ORDERED.

Dated: September 18, 2023
       New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge