UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
:
:
                -v-                       :          21-cr-331 (VSB)
:
:          **ORDER**
MICHAEL PASCHAL,                         :
:
                Defendant.   :
---------------------------------------------------------X

**VERNON S. BRODERICK, United States District Judge:**

      Due to a scheduling conflict, the sentencing currently scheduled for December 8, 2023, is hereby adjourned to December 18, 2023, at 2:30 p.m. in courtroom 518 of the Thurgood Marshall Courthouse at 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated: September 27, 2023
       New York, New York

                                                      _____
                                                      Vernon S. Broderick
                                                      United States District Judge