UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
               :
UNITED STATES OF AMERICA,     :
     :
     :
    -against-     :     21-CR-331 (VSB)
     :
MICHAEL PASCHAL,     :     **ORDER**
     :
    Defendant.  :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       I am in receipt of Defense counsel's January 18, 2024 letter requesting that I appoint a new attorney to represent Defendant and permit counsel to withdraw. In lieu of sentencing, the parties are hereby ordered to appear for a hearing on Tuesday, January 23, 2024 at 11:00 am to discuss the issues raised in the letter.

SO ORDERED.

Dated:  January 18, 2024
         New York, New York

                                                   _____
                                                   Vernon S. Broderick
                                                   United States District Judge