UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

        - v. -

MICHAEL PASCHAL,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PRELIMINARY ORDER OF FORFEITURE/
<u>MONEY JUDGMENT</u>

21 Cr. 331 (VSB)

        WHEREAS, on or about May 18, 2021  MICHAEL PASCHAL (the "Defendant"), was charged in a four-count Indictment, 21 Cr 331 (VSB) (the "Indictment"), with conspiracy to commit sex trafficking, in violation of Title 18, United States Code, Section 1594(c) (Count One); sex trafficking of a minor, in violation of Title 18, United States Code, Sections 1591(a) and (b)(2), and 2 (Count Two); transportation of a minor for the purpose of prostitution in violation of Title 18, United States Code, Sections 2423 (a), (e), and 2 (Count Three); and coercion and enticement of a minor to travel to engage in prostitution in violation of Title 18, United States Code, Sections 2422(a) and 2 (Count Four);

        WHEREAS, the Indictment included a forfeiture allegation as to Counts One and Two of the Indictment, seeking forfeiture to the United States, pursuant to pursuant to Title 18, United States Code, Section 1594, of any and all property, real and personal, involved in, used, or intended to be used to commit or to facilitate the commission of the offenses charged in Counts One and Two of the Indictment; any and all property, real and personal, constituting or derived from proceeds obtained, directly or indirectly, as a result of the offenses charged in Counts One and Two of the Indictment; and any and all property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved

in said offenses and proceeds traceable to the commission of the offenses charged in Counts One and Two of the Indictment;

WHEREAS, the Indictment included a second forfeiture allegation as to Counts Three and Four of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 2428, of any and all property, real and personal, constituting or derived from proceeds obtained, directly or indirectly, as a result of the offenses charged in Counts Three and Four of the Indictment; and any and all property real or personal, that was used or intended to be used to commit or to facilitate the commission of the offenses charged in Counts Three and Four of the Indictment, including but not limited to a sum of money in United States currency representing the amount of property involved in the offenses charged in Counts Three and Four of the Indictment and proceeds traceable to the commission of the offenses charged in Counts Three and Four of the Indictment;

WHEREAS, on or about May 9, 2023, the Defendant was found guilty following a jury trial on Counts One, Two, Three, and Four of the Indictment;

WHEREAS, the Government asserts that $25,000 in United States currency represents proceeds obtained, directly or indirectly, as a result of the commission of the offenses charged in Counts One through Four of the Indictment;

WHEREAS, the Government seeks a money judgment in the amount of $25,000 in United States currency, pursuant to Title 18, United States Code, Sections 1594 and 2428, representing the proceeds traceable to the commission of the offenses charged in Counts One through Four of the Indictment that the Defendant personally obtained; and

WHEREAS, the Court finds that as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts One through Four of the

Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offenses charged in Counts One through Four of the Indictment, of which the Defendant was found guilty after a jury trial, a money judgment in the amount of $25,000 in United States currency (the "Money Judgment"), representing the proceeds traceable to the offenses charged in Counts One through Four of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant MICHAEL PASCHAL, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to United States Customs and Border Protection, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. Upon entry of this Preliminary Order of Forfeiture/Money Judgment, and pursuant to Title 21, United States Code, Section 853, United States Customs and Border Protection, or its designee the Office of Fines, Penalties and Forfeitures shall be authorized to deposit the payments on the Money Judgment into the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.  Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.  Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.  The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Dated: New York, New York

3/14 , 2024

SO ORDERED:

_____
HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE