Pro Se Court Clerk

April 20, 2026

Southern District of New York

The Daniel Patrick Moynihan United States Courthouse

500 Pearl Street, New York, NY 10007-1312

Michael Paschal

Reg #40846-509

F.C.I. Fort Dix

P.O. Box #2000

Joint Base MDL, NJ 08640



Re: 1:26-cv-00586

Pro Se Motion

28 U.S.C. §2255

Clerk of the Court,

Sir/Madam,

Greetings. As of today's date 4/20/2026 the Governments opposition has not reached me here at Fort Dix Federal Correctional Facility. It is of great concern to this pro se Litigant's Constitutional due process that he has a fair opportunity to litigate this 28 U.S.C. §2255 motion. Serious errors of Constitutional magnitude have been accused of this full criminal proceeding. This Defendant was told by a Court Clerk that the government mailed its opposition through U.S. mail postal service on March 30, 2026. This Defendant is litigating under Pro Se status and would like for this Court to ensure him his due process and Equal Protection Rights of which he is mandated under the U.S.C.A. 5th Amendment. It is also requested that a Docket sheet showing the Government's actions of litigating and mailing this Pro

Se Litigant their opposition of which this Defendant is relying on the Court to allow him his Right to respond upon receipt of the Government's opposition. This request is made in good faith and thus, respectfully submitted to the Honorable Court.

*Michael Pashal*

Sincerely,

Michael Pashal

I am in receipt of pro se Movant's letter stating that he has not yet received the government's opposition in response to his motion to vacate, even though he was told that "the government mailed its opposition through U.S. mail postal service on March 30, 2026."  Thus, the government is ordered to retry their service of the opposition papers on defendant, who states that he is at Fort Dix Federal Correctional Facility.  The Court also *sua sponte* extends movant's reply deadline until May 25, 2026.  Moreover, the Court reminds both parties that all filings in regards to the motion to vacate should be filed in the underlying criminal case, *USA v. Paschal*, 21-cr-331 (S.D.N.Y.), and also in the underlying civil matter, *Paschal v. United States of America*, No. 26-cv-586 (S.D.N.Y. Jan. 20, 2026).  The Clerk of Court is respectfully directed to file this letter order in both the instant civil and criminal matters.

SO ORDERED:

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Date: May 4, 2026